ACCEPTED
08-18-00027-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/22/2018 2:27 PM
DENISE PACHECO
CLERK

**No. 08-18-00027-CV**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/22/2018 2:27:59 PM
DENISE PACHECO
Clerk

In the Court of Appeals
For the Eighth District of Texas
El Paso, Texas

Flamingo Permian Oil & Gas, LLC,
Flamingo Operating, LLC, and Omar
Minhaj

Appellants

vs.

Star Exploration, LLC, and
Howard W. Gaddis, Jr.

Appellees

Appeal from the 83rd Judicial District Court
of Pecos County, Texas
Trial Court Cause No. P-7720-83-CV

**APPELLEES' UNOPPOSED SECOND MOTION FOR EXTENSION OF
TIME TO FILE APPELLEES' BRIEF**

**Rhonda M. Mills**
**State Bar No. 00791543**
**Law Office of Rhonda M. Mills**
**13428 Blanco Road, No. 348**
**San Antonio, Texas 78216**
rmills@viper-oil.com
**telephone: (210) 774-5392**
**facsimile: (210) 774-5391**
*Counsel for Appellees,*
*Star Exploration, LLC & Howard*
*W. Gaddis, Jr.*

**No. 08-18-00027-CV**

In the Court of Appeals
For the Eighth District of Texas
El Paso, Texas

Flamingo Permian Oil & Gas, LLC,
Flamingo Operating, LLC, and Omar
Minhaj

Appellants

vs.

Star Exploration, LLC, and
Howard W. Gaddis, Jr.

Appellees

Appeal from the 83rd Judicial District Court
of Pecos County, Texas
Trial Court Cause No. P-7720-83-CV

**APPELLEES' UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

**TO THE HONORABLE EIGHTH COURT OF APPEALS:**

COME NOW, Appellees, Star Exploration, LLC and Howard W. Gaddis, Jr., to

file this, their Unopposed Second Motion for Extension of Time to File Appellees'

Brief. In support thereof, Appellees would respectfully show this Honorable Court as

follows:

1. Appellants, Flamingo Permian Oil & Gas, LLC; Flamingo Operating, LLC; and Omar Minhaj (hereinafter collectively referred to as "Flamingo") filed their first opposed motion for extension of time to file the brief of appellants on March 21, 2018.

2. The Appellants' interlocutory appeal in this case stems from the trial court's injunctive Order of February 8, 2018. On March 29, 2018, Appellants were granted and extension of time to file their brief by the Court of Appeals for the Eighth District of Texas, El Paso, Texas. The granting of the extension created a due date of April 12, 2018 for the Appellants brief.

3. Appellants filed their brief on April 12, 2018 at 10:23 p.m.

4. Appellee's filed their first Unopposed Motion for Extension of Time to File Brief on May 1, 2018. Said motion was granted by the Court, and upon confirmation from the clerk of this Court, Appellee's Brief is due to be filed on May 22, 2018.

5. Appellees hereby request a second extension of time to file their brief. The extension of time is requested and is made necessary due to unexpected obligations on the part of Appellees' counsel which could not have been avoided or anticipated. Appellees' counsel has been required to travel away from work and to expend significant time and effort dealing with legal and other matters related to the terminal illness of a close family member. As a result of these unexpected events, counsel needs additional time to properly and completely respond to all issues and

documentary matters presented in Appellant's brief.

6. The undersigned counsel contacted counsel for Appellants by telephone and email on May 21, 2018 to determine if this Motion for Second Extension would be opposed. Counsel for Appellant has confirmed that this motion for extension of time is unopposed.

7. This is the second motion for an extension of time regarding Appellees' brief that has been filed.

8. The extension of time regarding the Appellees' brief is not sought for the purpose of delay or avoidance.

WHEREFORE, PREMISES CONSIDERED, Appellees, Star Exploration, LLC and Howard W. Gaddis, Jr., respectfully pray that the Court grant Appellees' Unopposed Second Motion for Extension of Time to file Appellees' Brief, granting an additional thirty (30) days within which Appellees may file said response. Appellees also pray for such further relief as this Court deems appropriate according to law and the Rules of Appellate Procedure.

Respectfully submitted,

**LAW OFFICE OF RHONDA M. MILLS**
13423 Blanco Road, No. 348
San Antonio, Texas 78216
Telephone: (210) 774-5392
Facsimile: (210) 774-5391
rmills@viper-oil.com

_____
**Rhonda M. Mills**
Stare Bar No. 00791543
**Counsel for Appellees,**
**Star Exploration, LLC & Howard W. Gaddis, Jr.**

## CERTIFICATE OF CONFERENCE

I certify that on May 21, 2018, I conferred via telephone and email with all Appellant's counsel in this lawsuit. Mr. Scott Rothenberg contacted Appellees' attorney below and stated he had no opposition to the relief sought in this motion. As a result, this is an Unopposed Second Motion for an Extension of time of 30 days to file the Appellees Brief in this appeal.

_____
**RHONDA M. MILLS**

## CERTIFICATE OF SERVICE

I certify that on May 22, 2018, a true and correct copy of the foregoing motion was served on all opposing counsel, via efiletexas.gov, as follows:

Scott Rothenberg
Law Offices of Scott Rothenberg
6575 West Loop South, Suite 500
Bellaire, Texas 77401-3509
scott@rothenberglaw.com
Representing:
Flamingo Permian Oil & Gas, LLC; Flamingo
Operating, LLC; and Omar Minhaj

Mr. Manik R. Wadhawan
The Wadhawan Law Firm
7324 Southwest Freeway, #585
Houston, Texas 77074
tw@attorneytonywadhawan.com
Representing:
Muhammad Waseem Arshad a/k/a
Waseem Rana
& Five Star Petroleum, LLC

Brandon Roy
Disha Roy
ROY & ASSOCIATES, PLLC
1001 West Loop South, Suite 809
Houston, Texas 77027

brandon@roytrialattorneys.com
disha@roytrialattorneys.com
Representing:
Flamingo Permian Oil & Gas, LLC; Flamingo
Operating, LLC; and Omar Minhaj

Mr. David M. Bates
dbates@gardere.com
Mr. Benjamin Stephens
bstephens@gardere.com
Gardere Wynne Sewell LLP

2000 Wells Fargo Plaza, Ste. 1000
Louisiana Street
Houston, Texas 77002-5007
Representing:
SSI Oil & Gas, LLC

_____
**RHONDA M. MILLS**